United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 30, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-50771
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAUL WONG RODRIGUEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:03-CR-565-2
--------------------

Before REAVLEY, JOLLY and OWEN, Circuit Judges.

PER CURIAM:[*]

Raul Wong-Rodriguez appeals from his conviction of conspiracy to possess with intent to distribute methamphetamine. Wong-Rodriguez challenges his sentence, raising several arguments that are barred by the appeal-waiver provision of his plea agreement. See United States v. Burns, 433 F.3d 442, 450-51 (5th Cir. 2005); United States v. Bond, 414 F.3d 542, 544 (5th Cir. 2005). Wong-Rodriguez contends that he received ineffective assistance of counsel in several respects, but the record is not

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

sufficiently developed for us to address any of those ineffective-assistance contentions.  See United States v. Higdon, 832 F.2d 312, 314 (5th Cir. 1987).  Finally, Wong-Rodriguez contends that his indictment was duplicitous, and he raises a claim based on a typographical error in counts of the indictment to which he did not plead guilty.  Wong-Rodriguez's guilty plea waived his non-jurisdictional contentions regarding his indictment.  See United States v. Lampazianie, 251 F.3d 519, 526 (5th Cir. 2001).

AFFIRMED.